# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Wyzard & Leung Inc.<br>   dba  Bay Area Floors<br>         Debtor(s) | Case No.: 12–32024 HLB 7<br>Chapter: 7 |

## FINAL DECREE

The estate of the above named debtor has been fully administered.

☐ The deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

☑ Barry Milgrom is discharged as trustee of the estate of the above–named debtor and the bond is canceled.

☑ the chapter 7 case of the above–named debtor is closed;

and

☐ Other

Dated: <u>10/17/13</u>         By the Court:

                                Hannah L. Blumenstiel
                                United States Bankruptcy Judge